IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RESTORE MEDIA, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. _____ |
| : | |
| **ROLAND A. LABINE,** : | |
| **JOHN M. CORBETT,** : | |
| and : | |
| **MEETINGHOUSE ENTERPRISES, INC.,** : | |
| : | |
| **Defendants.** : | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Restore Media, LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Restore Media, LLC, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

By: /s/ M. Carter DeLorme
M. Carter DeLorme (Bar No. 452791)
Gina M. Del Negro (Bar No. 468920)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100 (fax)

Attorneys for Plaintiff Restore Media, LLC

DC:504254.1

## CERTIFICATE OF SERVICE

I certify that the foregoing **CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** was served this 23rd day of March, 2007, upon the following via certified mail:

> Roland A. Labine
> 199 Berkeley Place
> Brooklyn, NY 11217
>
> John M. Corbett, Jr.
> 235 State Street
> Northampton, A 01060
>
> Meetinghouse Enterprises, Inc.
> Registered Agent- John M. Corbett, Jr.
> One Ferry Street
> Easthampton, MA 01027

_____
Counsel