AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Restore Media, LLC

        Plaintiff(s)   )
           )   **APPEARANCE**
           )
        vs.   )   CASE NUMBER   07cv573
Roland A. Labine, et al.   )
           )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Gina M. Del Negro__ as counsel in this
                  (Attorney's Name)

case for: __Restore Media, LLC__
         (Name of party or parties)

3/28/07
Date

468920
BAR IDENTIFICATION

_Signature_

Gina M. Del Negro
Print Name

1700 K Street, NW
Address

Washington, DC 20006
City   State   Zip Code

202-282-5851
Phone Number