AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Restore Media, LLC
1000 Potomac Street, NW, Suite 102
Washington, DC 20007

**SUMMONS IN A CIVIL CASE**

V.

Roland A. Labine, John M. Corbett, Jr., and
Meetinghouse Enterprises, Inc.

Case: 1:07-cv-00573
Assigned To : Leon, Richard
Assign. Date : 3/23/2007
Description: RESTORE MEDIA v. LABINE

TO: (Name and address of Defendant)

Roland A. Labine
199 Berkeley Place
Brooklyn, NY 11217

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Carter DeLorme
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_[signature]_

(By) DEPUTY CLERK

DATE   MAR 23 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>3/23/07 |
| NAME OF SERVER *(PRINT)*<br>Gina M. Del Negro | TITLE<br>lawyer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/07        *[signature]*
              Date           Signature of Server

1700 K Street, NW Washington, DC 20006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES POSTAL SERVICE FM NY 112
27 MAR 2007 PM 5 L

- Sender: Please print your name, address, and ZIP+4 in this box •

Winston & Strawn
1700 K St. NW
Washington DC 20006

Attn: Gina Del Negro

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roland A. Labine
199 Bentley Place
Brooklyn NY 11217

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
  X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAR 2 6 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2030 0007 8237 8900

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835