IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RESTORE MEDIA, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07-CV-00573-RJL |
| : | |
| **ROLAND A. LABINE,** : | |
| **JOHN M. CORBETT,** : | |
| and : | |
| **MEETINGHOUSE ENTERPRISES, INC.,** : | |
| : | |
| **Defendants.** : | |

## AGREED MOTION TO AMEND MINUTE ORDER SETTING DEADLINES

Plaintiff Restore Media, LLC, respectfully moves to amend this Court's Minute Order setting deadlines for the response and reply in connection with Plaintiff's Motion for Preliminary Injunction.

1.  The Court's Minute Order currently sets the deadline for a response to Plaintiff's Motion for Preliminary Injunction on April 4, 2007, and a reply on April 9, 2007.

2.  Elliott Martin, who represented to Plaintiff's counsel that he represents Defendant Roland Labine, requested an extension of time for filing a response, because he only recently had been retained as counsel.

3.  Plaintiff's counsel agreed to an extension for Defendant Labine to respond to the Motion for Preliminary Injunction, by April 9, 2007, with Plaintiff's reply due April 11, 2007.

WHEREFORE, Plaintiff respectfully requests this Court modify its Minute Order to set the deadlines for Defendant Labine's opposition to the Motion for Preliminary Injunction on April 9, 2007, and Plaintiff's reply on April 11, 2007.

Respectfully submitted,


/s/ Gina M. Del Negro
M. Carter DeLorme (Bar No. 452791)
Gina M. Del Negro (Bar No. 468920)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000
(202) 282-5100 (fax)

Attorneys for Plaintiff Restore Media, LLC

**CERTIFICATE OF SERVICE**

I certify that the foregoing **AGREED MOTION TO AMEND MINUTE ORDER SETTING DEADLINES** was served this 4th day of April, 2007, upon the following via electronic mail:

>Elliott S. Martin
>16 Court Street, Suite 2304
>Brooklyn, NY 11241

>/s/ Gina M. Del Negro
>Counsel

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RESTORE MEDIA, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07-CV-00573-RJL |
| : | |
| **ROLAND A. LABINE,** : | |
| **JOHN M. CORBETT,** : | |
| and : | |
| **MEETINGHOUSE ENTERPRISES, INC.,** : | |
| : | |
| **Defendants.** : | |

### ORDER GRANTING AGREED MOTION TO AMEND MINUTE ORDER

UPON CONSIDERATION of the Agreed Motion to Amend Minute Order Setting Deadlines, and the record herein, it is hereby

ORDERED that the Agreed Motion to Amend is GRANTED; and it is further

ORDERED that the Defendant Labine's opposition to the Motion for Preliminary Injunction is due April 9, 2007; and it is further

ORDERED that the Plaintiff's reply in support of the Motion for Preliminary Injunction is due April 11, 2007; and it is further

ORDERED, that the Clerk of this Court shall forward copies of this Order to all counsel or parties of record.

ENTERED this ____ day of April, 2007.

_____
Judge Richard J. Leon

Copies to:

M. Carter DeLorme
Gina M. Del Negro
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

Attorneys for Plaintiff


Elliott S. Martin
16 Court Street, Suite 2304
Brooklyn, NY 11241

Attorney for Defendant Roland Labine

2

**DC:509239.1**