A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Restore Media, LLC

       Plaintiff(s)

vs.

Roland A. Labine, et al.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   Civil 07-573 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Peter J. Petesch  as counsel in this
                     (Attorney's Name)

case for:  Defendant Roland A. Labine
            (Name of party or parties)

April 9, 2007
Date

_[signature]_
Signature

Peter J. Petesch
Print Name

405639
BAR IDENTIFICATION

Ford & Harrison LLP, 1300 19th Street, N.W., Suite 700
Address

Washington, DC  20036
City   State   Zip Code

(202) 719-2013
Phone Number