AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Restore Media, LLC

        Plaintiff(s)

vs.

Roland A. Labine, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   Civil 07-573 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kevin M. Kraham__ as counsel in this
                          (Attorney's Name)

case for: __Defendant Roland A. Labine__
              (Name of party or parties)

April 9, 2007
Date

_(signature)_
Signature

459077
BAR IDENTIFICATION

Kevin M. Kraham
Print Name

Ford & Harrison LLP, 1300 19th Street, N.W., Suite 700
Address

Washington, DC   20036
City        State        Zip Code

(202) 719-2016
Phone Number