IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RESTORE MEDIA, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:07-CV-00573-RJL |
| : | |
| **ROLAND A. LABINE,** : | |
| **JOHN M. CORBETT,** : | |
| and : | |
| **MEETINGHOUSE ENTERPRISES, INC.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff Restore Media, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntary dismisses, without prejudice, its claims in the above-captioned action, with each party to bear its own costs and expenses, including attorneys' fees. No party has filed an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Gina M. Del Negro
M. Carter DeLorme (Bar No. 452791)
Gina M. Del Negro (Bar No. 468920)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000
(202) 282-5100 (fax)

Attorneys for Plaintiff Restore Media, LLC

## **CERTIFICATE OF SERVICE**

     I certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served this 10th day of April, 2007, upon the following via electronic mail:

        Elliott S. Martin
        16 Court Street, Suite 2304
        Brooklyn, NY 11241

                             /s/ Gina M. Del Negro
                             Counsel

**DC:509945.1**